UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEZLYN MENDEZ, | : | |
| Plaintiff, | : | CASE NO. 3:16-cv-2097 (VAB) |
| | : | |
| v. | : | |
| | : | |
| ANGEL QUIROS, et al., | : | |
| Defendants. | : | JUNE 7, 2017 |

**ORDER**

Kezlyn Mendez ("Plaintiff"), currently incarcerated at the MacDougall-Walker Correctional Center, filed this Complaint *pro se* under 42 U.S.C. § 1983. On January 25, 2017, the Court filed an Initial Review Order dismissing Mr. Mendez's claim for interference with his mail and permitting him to amend his Complaint to assert a privacy claim. *See* Initial Review Order, ECF No. 7 at 5, 6. Mr. Mendez has filed what purports to be an Amended Complaint. *See* Am. Compl., ECF No. 8.

An amended complaint completely replaces a plaintiff's original complaint. *See Arce v. Walker*, 139 F.3d 329, 332 n.4 (2d Cir. 1998) ("It is well established that an amended complaint ordinarily supersedes the original and renders it of no legal effect.") (internal quotation marks and citation omitted). In his purported Amended Complaint, Mr. Mendez references only Captain Hall. Thus, the claims against all other defendants are considered withdrawn. In addition, he does not follow the instructions in the Initial Review Order directing him to explain (1) the basis for alleging that the Defendants disclosed his medical information and (2) the

1

medical information allegedly disclosed, allegations necessary to evaluate his claims.  *See* Initial Review Order, 6.  Mr. Mendez does attempt, in conclusory fashion, to reassert his claim for interference with legal mail.

In light of these issues, the Court will afford Mr. Mendez one more opportunity to file a proper Complaint in this case.  In the second Amended Complaint, Mr. Mendez shall include all Defendants in the case caption, set forth the facts giving rise to his claims, and clearly state what actions each Defendant took, or failed to take, that violated his constitutional rights.  In addition, the Court notes that Mr. Mendez has submitted letters indicating that the envelope contained only medical records and did not contain information sent by a court or attorney.  Thus, he also should address why the Court should consider the documents to be privileged mail.

Mr. Mendez shall file his second amended complaint within **thirty (30) days** from the date of this order using the Prisoner e-filing Program.  If no amended Complaint is timely filed, the Court will assume that Mr. Mendez wishes to proceed on the current Complaint.

**SO ORDERED** at Bridgeport, Connecticut, this 7th day of June 2017.

/s/ Victor A. Bolden
Victor A. Bolden
United States District Judge